**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| Jeremy Fullard, | ) | |
| | ) | Case Number: 4:21-cv-00318-JD |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| Duke Energy Progress, LLC, | ) | **WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant in the above-captioned case hereby stipulate and agree to dismiss this case, including all claims, counterclaims, and causes of action in this case, ***with prejudice***, and agree that all matters, claims, and things contained in this case are ***res judicata*** between the parties and their officers, employees, investors, insurers, sureties, purchasers, affiliates, parents, subsidiaries, successors, and assigns. Each party shall bear its own costs and fees. However, this Stipulation does not affect any rights that either party may have against the other pursuant to the Confidential Settlement Agreement and Full and Complete Release executed by the parties related to this matter.

**[SIGNATURE BLOCKS FOLLOW]**

**WE SO STIPULATE:**

                **WALKER LAW, LLC**

                /s/ William P. Walker, III
                William P. Walker, III, Fed. I.D. No. 11234
                William P. Walker, Jr., Fed. I.D. No. 4500
                135 E. Main Street (29071)
                P.O. Box 949
                Lexington, South Carolina 29072
                Telephone: (803) 359-6194
                Facsimile: (803) 957-4584
                will@walkerlaw.org
                bw@walkerlaw.org

                *Attorneys for Plaintiff,*
                *Jeremy Fullard*

May 30, 2023
Lexington, South Carolina

**[SIGNATURES CONTINUE ON FOLLOWING PAGE]**

**WE SO STIPULATE:**

                    **HAYNSWORTH SINKLER BOYD, P.A.**

                    /s/ Joshua D. Spencer
                    Joshua D. Spencer, Fed. I.D. No. 9845
                    jspencer@hsblawfirm.com
                    P.O. Box 2048 (29602)
                    ONE North Main, 2nd Floor
                    Greenville, South Carolina 29601
                    Telephone: (864) 240-3200
                    Facsimile: (864) 240-3300

                    Tyra S. McBride, Fed. I.D. No. 13324
                    tmcbride@hsblawfirm.com
                    P.O. Box 11889 (29211)
                    1201 Main Street, 22nd Floor
                    Columbia, South Carolina 29201
                    Telephone: (803) 779-3080
                    Facsimile: (803) 765-1243

                    *Attorneys for Defendant,*
                    *Duke Energy Progress, LLC*

May 30, 2023
Greenville, South Carolina